**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | * | |
| THE JAMES MADISON PROJECT | * | |
| et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 17-186 (ABJ) |
| | * | |
| DEPARTMENT OF HOMELAND | * | |
| SECURITY | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFFS' NOTICE OF CONCESSION**

NOW COME the plaintiffs The James Madison Project, Ken Vogel, and Josh

Gerstein (collectively referred to as "Plaintiffs"), by and through undersigned counsel, to

notify the Court that they hereby concede the Defendant's Motion for Summary

Judgment, Dkt. No. 8, and agree to the dismissal of the implicated claims with prejudice.

Date: April 28, 2017

Respectfully submitted,

/s/

_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W., Ste. 200
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for Plaintiffs